AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nefer Ojeda-Elenes | ) | Case No. 1:23-mj-3031-TMP |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
12:25 pm Jan 31 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 16, 2022 - January 30, 2023  in the county of  Cuyahoga / Lake  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 and 841(a)(1) | Conspiracy to distribute and possess with the intent to distribute controlled substances (cocaine and fentanyl) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Micahel LaLonde, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 01/31/2023

City and state: Cleveland, Ohio

Thomas M. Parker, United States Magistrate Judge